IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-31450
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JUAN RAMOS PEINADO,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 00-CR-66-ALL-C
--------------------
October 26, 2001

Before JONES, SMITH, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Juan Ramos Peinado on appeal has moved for leave to withdraw as counsel and has filed a brief as required by Anders v. California, 386 U.S. 738 (1967). Peinado has filed a response to counsel's motion and brief in which he asks for the appointment of new appellate counsel.

Our independent review of the record discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.  5TH CIR. R. 42.2.  Peinado's request for the appointment of new counsel is DENIED.

DISMISSED.